IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **STEPHEN MELLGREN** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **SELECT PORTFOLIO SERVICING, INC.,** § <br> **AS MORTGAGE SERVICER FOR U.S.** § <br> **BANK NATIONAL ASSOCIATION, AS** § <br> **TRUSTEE, SUCCESSOR IN INTEREST** § <br> **TO WACHOVIA, N.A. AS TRUSTEE FOR** § <br> **CHASE MORTGAGE FINANCE TRUST** § <br> **SERIES 2005-A,** § <br> § <br> **Defendant.** § | **CASE NO. 6:19-CV-00702-ADA-JCM** |

## **ORDER**

Came on this day to be considered the above matter. In light of the COVID-19 pandemic, the Docket Control Conference in this matter is **CANCELED AND WILL NOT BE RESET.** The Court has reviewed the parties' requested scheduling dates and will enter a scheduling order that accommodates those dates where possible; this order will be entered as soon as possible, likely by the week's end. The Court would also like to relay the following to the parties:

- 1. Please be sure to track the language of Local Rule CV-7. This rule modifies the response deadline for non-dispositive motions from 14 days to 7 days; it also allows the Court to grant motions where responses are untimely. Additionally, CV-7 requires that all motions be titled "Opposed" or "Unopposed" and include a certificate of conference.

- 2. Judge Manske is available as a free mediator for the matters before the Court. Please contact the Court if this potential solution is of interest to you. **Please note that, for the time being, no mediations will be set until pandemic conditions abate.**

- 3.  The Court has recently faced a spate of discovery objections that do not track the 2015 amendments to the Federal Rules. Please remember that boilerplate objections are unacceptable.

- 4. In addition to tracking the 2015 amendments to the Federal Rules, be sure to note the condition precedent in the Docket Control Order in this matter that requires a telephonic conference before filing a motion to compel.

- 5.  Judge Manske is available during depositions if you feel a deponent is being evasive or his or her respective counsel is improperly objecting or invoking privilege. Please call the Court if this is happening; Judge Manske will resolve the matter and admonish the deponent to respond appropriately.

- 6. Judge Manske and Judge Albright are not opposed to counsel contacting their respective law clerks for matters of preference or non-substantive matters. Both Judges' clerks are well-trained on what is or isn't a substantive matter and will refuse to communicate in an ex-parte manner on any substantive matters.

The Court encourages parties to work together at this time to handle the disruption to the status quo.

**SIGNED this 17th day of March, 2020.**

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE